

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-16-00016-CV

Matias S. **RUIZ**,
Appellant

v.

Susan Elizabeth **RUIZ**,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 15-04-00198-CVW
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellant's reply brief was due and filed on May 24, 2016.  *See* TEX. R. APP. P. 38.6(c). On May 26, 2016, Appellant moved this court for leave to file an amended reply brief.  The next day, Appellant filed an amended reply brief.

Appellant's motion is GRANTED; the amended reply brief is deemed timely filed.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

Keith E. Hottle
Clerk of Court